IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JESSICA REICH and EDWARD REICH, h/w : <br> 2638 S. Chadwick Street <br> Philadelphia, PA 19145 <br>                 Plaintiffs, <br> v. <br><br> MEANS E. SMITH, JR. <br> 120 East Valleybrook Road <br> Cherry Hill, NJ 08034, <br><br>               and <br><br> JOHN DOE, MARY DOE, <br> ABC PARTNERSHIPS, and <br> XYZ CORPORATIONS <br><br>               Defendants. | CIVIL ACTION NO.: |

## COMPLAINT IN CIVIL ACTION

Plaintiffs JESSICA and EDWARD REICH, by and through their attorney, Bruce Martin Ginsburg, Esquire, hereby states as follows:

### I. PARTIES

1. Plaintiffs JESSICA and EDWARD REICH are adult individuals who reside 2638 S. Chadwick Street, Philadelphia, PA 19145. Plaintiffs are citizens of Pennsylvania.

2. Defendant MEANS E. SMITH, JR. is an adult individual who resides at 120 E. Valleybrook Road, Cherry Hill, NJ 08034. Defendant is a citizen of New Jersey.

3. Defendants, JOHN DOE, MARY DOE, ABC PARTNERSHIPS, and XYZ CORPORATIONS, are unknown at this time as is their present location. Plaintiffs JESSICA and EDWARD REICH allege that an insufficient amount of time has passed within which to

determine the identity of any other persons or business entities that may be responsible for the causation of the accident.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between - (1) citizens of different States.

5. Venue is appropriate in this matter pursuant to 28 U.S.C. 1391(b)(2), in the United States District Court for the District of New Jersey Camden Vicinage because a substantial part of the events giving rise to the claim occurred in this district. More specifically, the motor vehicle accident that forms the subject matter of this action occurred on I-76 in or around Bellmawr, New Jersey, in Camden County.

6. The amount in controversy does exceed $75,000.00.

7. Plaintiffs hereby demand a trial by jury.

## III. FACTS

8. At all times material hereto, Defendants, JOHN DOE, MARY DOE, ABC PARTNERSHIPS, and XYZ CORPORATIONS, acted or failed to act by through their respective agents, servants, workmen and/or employees, who were then and there acting within the course and scope of their respective agency, authority, or employment with Defendants, JOHN DOE, MARY DOE, ABC PARTNERSHIPS, and XYZ CORPORATIONS, and in furtherance of Defendants', JOHN DOE, MARY DOE, ABC PARTNERSHIPS, and XYZ CORPORATIONS, business and on behalf of Defendants, JOHN DOE, MARY DOE, ABC PARTNERSHIPS, and XYZ CORPORATIONS.

9. At all times pertinent hereto, Plaintiff JESSICA REICH owned and/or leased, drove, operated, managed and/or controlled a 2006 Toyota Camry, PA Plate #JSH1991.

10. At all times pertinent hereto, Defendant MEANS E. SMITH, JR. owned and/or leased, drove, operated, managed and/or controlled a 2009 Volvo XC90, New Jersey Plate #T75BSM.

11. At all times pertinent hereto, Defendants, JOHN DOE, MARY DOE, ABC PARTNERSHIPS, and/or XYZ CORPORATIONS, individually or acting through their aforesaid agents, operated an unknown, unidentified "phantom" vehicle.

12. On March 1, 2016, on southbound Route I-76 in Bellmawr, New Jersey, Camden County, at or milepost .050, Defendants MEANS E. SMITH, JR., and/or Defendants, JOHN DOE, MARY DOE, ABC PARTNERSHIPS, and/or XYZ CORPORATIONS negligently and carelessly operated their aforementioned vehicles so as to cause Defendant MEANS E. SMITH, JR.'s vehicle to violently collide into the Plaintiff's vehicle.

13. The aforesaid accident was due solely to the negligence and carelessness of the Defendants acting as aforesaid, and was due in no manner whatsoever to any act or failure to act on the part of Plaintiff.

### FIRST COUNT
### PLAINTIFF JESSICA REICH v. DEFENDANTS, MEANS E. SMITH, JR., JOHN DOE, MARY DOE, ABC PARTNERSHIPS, AND/OR XYZ CORPORATIONS

14. Plaintiff incorporates by reference hereto all of the previous allegations contained in this Complaint as if they were set forth at length herein.

15. As a result of the aforesaid negligence and carelessness of the Defendants MEANS E. SMITH, JR., JOHN DOE, MARY DOE, ABC PARTNERSHIPS, and/or XYZ CORPORATIONS, in the ownership, operation and control of the aforementioned vehicles, Plaintiff, JESSICA REICH, suffered severe personal injuries requiring medical treatment, was caused pain and suffering, was prevented from pursuing usual activities, may have permanent

disabilities that will effect Plaintiff, sustained a loss of earnings and loss of earnings capacity, and may have caused Plaintiff to sustain other diverse losses.

**WHEREFORE**, Plaintiff JESSICA REICH demands judgment against the Defendants MEANS E. SMITH, JR., JOHN DOE, MARY DOE, ABC PARTNERSHIPS, and/or XYZ CORPORATIONS for damages plus interests and costs.

<u>**SECOND COUNT**
**PLAINTIFF EDWARD REICH v. DEFENDANTS,**
**MEANS E. SMITH, JR., JOHN DOE, MARY DOE, ABC PARTNERSHIPS, AND/OR**
**XYZ CORPORATIONS**</u>

16. Plaintiff incorporates by reference hereto all of the previous allegations contained in this Complaint as if they were set forth at length herein.

17. Solely as a result of the aforesaid negligence, carelessness and/or recklessness of Defendants MEANS E. SMITH, JR., JOHN DOE, MARY DOE, ABC PARTNERSHIPS, and/or XYZ CORPORATIONS, Plaintiff EDWARD REICH, as spouse of Plaintiff, JESSICA REICH, has been deprived of the society, companionship, aid, assistance, earnings and consortium of said spouse, all of which have, and may in the future continue to cause great emotional and financial loss and damage.

**WHEREFORE**, Plaintiff EDWARD REICH demands judgment against the Defendants MEANS E. SMITH, JR., JOHN DOE, MARY DOE, ABC PARTNERSHIPS, and/or XYZ CORPORATIONS for damages plus interests and costs.

GINSBURG & ASSOCIATES

DATED: 2/13/2018 BY: *Bruce Martin Ginsburg*
BRUCE MARTIN GINSBURG
2112 Walnut Street
Philadelphia, PA 19103
(P)215-564-4400/(F)215-564-4585
bginsburg@ginsburg-law.com
Attorney for Plaintiffs